**Order filed November 1, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00706-CV**
_____

**IN RE MONIQUE MANDELL, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 504405**

---

## ORDER

On October 3, 2022, relator Monique Mandell filed a petition for writ of mandamus in this court, which she revised on October 12, 2022. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the revised petition, relator asks this court to order the Honorable Jason Cox, presiding judge of the Probate Court

No. 3 in Harris County, Texas, to release her from a temporary guardianship.[1]

Relator's revised petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.9(a)(1)(2), (b) (requiring redaction of sensitive data filed in civil cases, including driver's license numbers and bank account and financial account numbers); Tex. R. App. 52.3(a) (requiring the petition to "give a complete list of all parties, and the names, and addresses of all counsel"); 52.3(j) (requiring the person filing the petition to "certify that he or she has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record"); 52.3(k) (requiring the petition to contain an appendix with, among other things, "a certified or sworn copy of any order complained of, or any other document showing the matter complained of"); 52.7(a)(1) (requiring relator to file with the petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"), 52.7(a)(2) (requiring relator to "file with the petition . . . a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained"). By this order, the court hereby **STRIKES** the revised petition and gives relator ten days' notice that the petition may be dismissed without further notice for failure to comply with the Texas Rules of Appellate Procedure noted above unless the deficiencies are cured. *See generally* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.

---

[1] The revised petition lists guardian ad litem Fatima Breland and temporary guardian of relator's estate American National Bank & Trust as real parties at interest, though temporary guardian of relator's person T. Wade Christiansen is not listed as an RPI.

2